**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MATTEL, INC.,

        Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

        Defendants.

Case No. 26-cv-02754

**Judge Rebecca R. Pallmeyer**

**Magistrate Judge Keri L. Holleb Hotaling**

**PLAINTIFF'S SUPPLEMENT TO *EX PARTE* MOTION FOR ENTRY OF A
TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION,
A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Pursuant to this Court's Order [20], Plaintiff Mattel, Inc. ("Plaintiff") submits the following

supplement. Each Defendant listed on Schedule A to the Complaint has sold at least one infringing

or unauthorized product to Illinois. The chart below identifies the location for the screenshot

evidence of the date, place, and nature of the Illinois sale for each Defendant previously submitted

as Exhibit 2 to the Declaration of Michael Moore [16]. This chart was also submitted at [14-1].

| No. | Evidence [16] | Order Date | Location (Shipping Address) |
|---|---|---|---|
| 1 | Part 1 – p. 3 | 10/27/2025 | Chicago, IL |
| 2 | Part 1 – p. 6 | 8/25/2025 | Chicago, IL |
| 3 | Part 1 – p. 9 | 11/19/2025 | Chicago, IL |
| 4 | Part 1 – p. 12 | 11/19/2025 | Chicago, IL |
| 5 | Part 1 – p. 15 | 8/27/2025 | Chicago, IL |
| 6 | Part 1 – p. 18 | 12/5/2025 | Chicago, IL |
| 7 | Part 1 – p. 21 | 10/27/2025 | Chicago, IL |
| 8 | Part 1 – p. 24 | 8/25/2025 | Chicago, IL |
| 9 | Part 1 – p. 27 | 8/27/2025 | Chicago, IL |
| 10 | Part 1 – p. 30 | 8/27/2025 | Chicago, IL |
| 11 | Part 1 – p. 33 | 12/5/2025 | Chicago, IL |
| 12 | Part 1 – p. 36 | 12/5/2025 | Chicago, IL |
| 13 | Part 1 – p. 39 | 9/2/2025 | Chicago, IL |
| 14 | Part 1 – p. 43 | 9/21/2025 | Chicago, IL |
| 15 | Part 1 – p. 47 | 10/6/2025 | Chicago, IL |
| 16 | Part 1 – p. 50 | 8/12/2025 | Chicago, IL |
| 17 | Part 1 – p. 54 | 8/3/2025 | Chicago, IL |
| 18 | Part 1 – p. 60 | 8/10/2025 | Chicago, IL |
| 19 | Part 1 – p. 65 | 8/3/2025 | Chicago, IL |
| 20 | Part 1 – p. 70 | 8/3/2025 | Chicago, IL |
| 21 | Part 1 – p. 76 | 8/25/2025 | Chicago, IL |
| 22 | Part 1 – p. 79 | 9/26/2025 | Chicago, IL |
| 23 | Part 1 – p. 82 | 9/26/2025 | Chicago, IL |
| 24 | Part 1 – p. 85 | 8/25/2025 | Chicago, IL |
| 25 | Part 1 – p. 88 | 9/26/2025 | Chicago, IL |
| 26 | Part 1 – p. 91 | 8/11/2025 | Chicago, IL |
| 27 | Part 1 – p. 96 | 8/14/2025 | Chicago, IL |
| 28 | Part 1 – p. 99 | 10/6/2025 | Chicago, IL |
| 29 | Part 1 – p. 102 | 7/31/2025 | Chicago, IL |
| 30 | Part 1 – p. 105 | 9/9/2025 | Chicago, IL |
| 31 | Part 1 – p. 108 | 9/3/2025 | Chicago, IL |
| 32 | Part 1 – p. 111 | 9/1/2025 | Chicago, IL |
| 33 | Part 1 – p. 114 | 9/26/2025 | Chicago, IL |
| 34 | Part 1 – p. 117 | 8/25/2025 | Chicago, IL |

Dated this 16th day of March 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
habes@gbc.law

*Counsel for Plaintiff Mattel, Inc.*